UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. CLEMONS,<br><br>Plaintiff,<br><br>v.<br><br>MATHEW C. MCGLYNN, et al.,<br><br>Defendants. | No. 2:18-cv-02463-TLN-EFB<br><br>**ORDER** |

Plaintiff Michael A. Clemons ("Plaintiff"), proceeding *pro se* and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 5.) No objections to the Findings and Recommendations have been filed.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 30, 2019 (ECF No. 5), are adopted in full;

2. Plaintiff's Complaint is dismissed, without leave to amend, for lack of subject matter jurisdiction, 28 U.S.C. § 1915(e)(2); *Silva v. Di Vittorio*, 658 F.3d 1090, 1105 (9th Cir. 2011); and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: November 12, 2019

Troy L. Nunley
United States District Judge